Joshua A. Turnidge
Sid No. 13673172
82911 Beach access Rd
Umatilla, Or 97882

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PENDLETON DIVISION

| | |
|---|---|
| JOSHUA A. TURNIDGE<br>*Plaintiff*<br><br>v.<br>SUPERINTENDANT TWO<br>RIVERS CORRECTIONAL<br>INSTITUTION, ODOC et, al.<br>*Defendants* | CASE No.    2:25-cv-01435-MO<br><br>DECLARATION OF JOSHUA A. TURNIDGE IN<br>SUPPORT OF MEMORANDUM OF LAW IN<br>SUPPORT OF MOTION FOR PRELIMINARY<br>INJUNCTION |

## I.    DECLARATION OF PLAINTIFF

**DECLARATION OF JOSHUA A. TURNIDGE**

I, Joshua A. Turnidge, declare as follows:

1) I am currently incarcerated at TRCI and have been subjected to continuous 24-hour cell lighting.

2) I am subjected to the constant manipulation of my assigned cells bright lighting up to 35 times per day.

3) I have documented service-connected PTSD disability.

Joshua A. Turnidge v. ODOC et al,
Case No.
DECLARATION OF JOSHUA A. TURNIDGE IN SUPPORT OF
Memorandum of law in support of motion for preliminary injunction (ADA/RA) cell lights

4)  I have provided Defendants copies of the VA disability rating form with the finding of service-connected PTSD.

5)  The cell lighting policy and practice triggers my PTSD symptoms, including panic, sleep deprivation, anxiety, and hypervigilance.

6)  I have filed grievances regarding the lighting with no remedy.

7)  Other Adults in the custody of the Oregon Department of Corrections are not subjected to the same lighting policies or practices or their punitive effects.

I, Joshua A. Turnidge, declare the above made statements to be true to the best of my knowledge and ability under penalty of perjury under the laws of the United States, and understand that they are for use in a court of law.

Respectfully submitted,

August 12th 2025

Joshua A. Turnidge
SID No. 13673172
82911 Beach access Rd.
Umatilla, OR 97882

Joshua A. Turnidge v. ODOC et al,
Case No.
DECLARATION OF JOSHUA A. TURNIDGE IN SUPPORT OF
Memorandum of law in support of motion for preliminary injunction (ADA/RA) cell lights

2:25-cv-01435-MO

## CERTIFICATE OF SERVICE

CASE NAME: Joshua A. Turnidge  v. OOOC, et al.

CASE NUMBER: (if known) _____

COMES NOW, Joshua A Turnidge , and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at Two Rivers Correctional Institution. (TRCI)

That on the 12th day of August , 20 25 , I personally gave Two Rivers Correctional Institution's e-filing service a true copy OF THE FOLLOWING:

1. § /1983 Complaint
2. Plaintiff motion for Preliminary injunction
3. memorandum of law in Support Preliminary injunction
4. Plaintiff Declaration in Support Preliminary injunction
5. Appendix of authoraties in support § /1983 Complaint
6. Plaintiffs Affidavit in Support Preliminary injunction
7.
8.
9.

(Signature)

Print Name: Joshua A. Turnidge

SID #: 13673172

Page 1 of 1 – Certificate of Service