IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSHUA A. TURNIDGE,

          Plaintiff,

    v.

ODOC, et al.,

          Defendants.

Case No. 2:25-cv-01435-MO

ORDER

MOSMAN, District Judge.

    Plaintiff, when initiating this prisoner civil rights case, filed a Motion for Preliminary Injunction (#3) along with his Complaint. He did not, however, serve any documents on Defendants. Instead, it appears he relied upon the prison e-filing program to notify Defendants of his filings.

    On September 11, 2025, after Plaintiff cured a filing fee deficiency, the Court notified Defendants of this lawsuit and asked whether they would be willing to waive service of the Complaint. Defendants agreed to waive service of the Complaint and, on November 3, 2025, filed their Answer (#9). They have not responded to the Motion for Preliminary Injunction.

1 - ORDER

Pursuant to Fed. R. Civ. 65(a)(1), no preliminary injunction may issue without notice to the adverse party. Similarly, Fed. R. Civ. P. 65(b) prohibits the entry of a temporary restraining order without notice to the adverse party absent a showing of "the efforts, if any, which have been made to give the notice and the reasons supporting the claim that notice should not be required." The prison e-filing program did not provide Defendants with notice of Plaintiff's Motion for Preliminary Injunction because Defendants had not yet appeared in the case, and they did not waive the notification requirement as to the Motion. The Motion for Preliminary Injunction is therefore denied for lack of notice to Defendants. The denial is, however, without prejudice.

## CONCLUSION

Plaintiff's Motion for Preliminary Injunction (#3) is denied.

IT IS SO ORDERED.

11/4/2025
DATE

*Michael W. Mosman*
Michael W. Mosman
United States District Judge