Joshua A. Turnidge
Sid No. 13673172
82911 Beach access Rd
Umatilla, Or 97882

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PENDLETON DIVISION

| | |
|---|---|
| JOSHUA A. TURNIDGE<br>*Plaintiff*<br><br>v.<br>SUPERINTENDANT TWO<br>RIVERS CORRECTIONAL<br>INSTITUTION, ODOC et, al.<br>*Defendants* | CASE No. 2:25-cv-01435-MO<br><br><br>PLAINTIFF'S AFFIDAVIT IN SUPPORT OF<br>MOTION FOR PRELIMINARY INJUNCTION |

**Certificate of Conferral**

Plaintiff pro se, certifies pursuant to LR 7-1(a)(c) that Plaintiff is a prisoner, not represented by counsel, and presently in the custody of the Oregon Department of Corrections (ODOC) and is incarcerated at the Two Rivers Correctional Institution (TRCI) Umatilla, OR.

**AFFIDAVIT OF JOSHUA A. TURNIDGE IN SUPPORT OF MOTION FOR**

**PRELIMINARY INJUNCTION**

I, Joshua A. Turnidge, under the penalty of perjury, declare the following:

### I.    BACKGROUND

1. My name is Joshua A. Turnidge, and I am currently incarcerated at Two

Joshua A. Turnidge v. ODOC et al,
Case No. 2:25-cv-01435-MO
Plaintiff's Affidavit in support of Motion for Preliminary Injunction

Rivers Correctional Institution (TRCI) in Umatilla, Oregon. My State identification number (SID) is 13673172.

2. I bring this affidavit in support of my motion for Preliminary Injunction, requesting immediate injunctive relief from the unconstitutional subjugation to 24-hour lighting and the constant manipulation of said lighting.

3. My medical condition/disability (PTSD) has been documented by licensed medical professionals (The United States Department of Veterans Affairs), and I have repeatedly brought to the attention of defendants the severe physical and psychological effects and traumas of their cell lighting polocies and practices through internal ODOC administrative procedures, all of which have been denied or ignored.

## II.    MEDICAL HISTORY & CONDITION

4. I have been diagnosed with service related Post Traumatic Stress Disorder (PTSD), a serious mental health disorder.

5. My condition has worsened due to the failure of Defendants to provide appropriate mitigating cell light policies and practices, including;

    a)  Use warmer CCTs (~2700-3000K).

    b)  Install diffusers or indirect shielding to soften glare.

    c)  Limit usage duration-give Plaintiff control of the cell lights.

    d)  Apply dimming or blue-blocker filters.

6. As a result of these denials, I am suffering from:

    a)  Severe sleep deprivation/insomnia.

    b)  Loss of proper chemical production within my body.

Joshua A. Turnidge v. ODOC et al,
Case No. 2:25-cv-01435-MO
Plaintiff's Affidavit in support of Motion for Preliminary Injunction

c) Loss of proper physical rejuvenation.

d) Severe psychological trauma to include traumatic stress disorder.

e) Anti-social behavior.

f) Suicidal ideations.

g) Constant impulse control disorders.

h) Severe irritability.

i) Frequent debilitating headaches.

j) High Blood pressure;

## III.    ADMINISTRATIVE REQUESTS & DENIALS

7. I have filed multiple grievances and medical requests, including:

a) Grievances regarding the denial of mitigating policies and practices for the cell light usage, including information demonstrating psychological distress and physical harm resulting from the current policies.

b) Internal requests to, security, BHS, and Medical, for ODOC to mitigate the effects of their cell light policy and practices.

c) Direct communication with ODOC medical staff, requesting that my condition be evaluated and recognized by the ADA Coordinator Mrs. K. Thompson.

d) My grievances have been denied by the Grievance Coordinator of the Two Rivers Correctional Institution under the blanket explanation that an inmate cannot grieve an institutional policy.

## IV.    IMMEDIATE NEED FOR COURT INTERVENTION

Page **3** of **5**

Joshua A. Turnidge v. ODOC et al,
Case No. 2:25-cv-01435-MO
Plaintiff's Affidavit in support of Motion for Preliminary Injunction

8. Without immediate judicial intervention, I face:

    a) Severe sleep deprivation/insomnia.

    b) Loss of proper chemical production within my body.

    c) Loss of proper physical rejuvenation.

    d) Severe psychological trauma to include traumatic stress disorder.

    e) Anti-social behavior.

    f) Suicidal ideations.

    g) Constant impulse control disorders.

    h) Severe irritability.

    i) Frequent debilitating headaches.

    j) High Blood pressure;

9. The Defendant's continued refusal to provide appropriate cell lighting policy and practices places my physical and psychological health at serious risk.

## V.    RELIEF REQUESTED

10. I respectfully request that this Court issue a preliminary injunction ordering ODOC to:

    a) Alter the TRCI in-cell light policy to only utilize the "security light" during Staff cell safety and security checks and count times.

    b) Forbid Defendants from utilizing the bright lights as a psychological weapon through the constant manipulation of the bright in cell light against Plaintiff throughout the day.

    c) Forbid Defendants from utilizing the bright in cell lights during "line movements" for the purpose of humiliation.

Joshua A. Turnidge v. ODOC et al,
Case No. 2:25-cv-01435-MO
Plaintiff's Affidavit in support of Motion for Preliminary Injunction

d) Order Defendants to install cell lighting in compliance with ANS/IES recommendations for lighting small spaces.

## VI.    CERTIFICATION & DECLARATION

I, Joshua A. Turnidge, declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

December 10th, 2025

Joshua A. Turnidge
SID No. 13673172
82911 Beach access Rd.
Umatilla, OR 97882

Joshua A. Turnidge v. ODOC et al,
Case No. 2:25-cv-01435-MO
Plaintiff's Affidavit in support of Motion for Preliminary Injunction