Joshua A. Turnidge
Sid No. 13673172
82911 Beach access Rd
Umatilla, Or 97882

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PENDLETON DIVISION

| | |
|---|---|
| JOSHUA A. TURNIDGE<br>*Plaintiff*<br><br>v.<br>SUPERINTENDANT TWO<br>RIVERS CORRECTIONAL<br>INSTITUTION, ODOC et, al.<br>*Defendants* | CASE No. 2:25-cv-01435-MO<br><br>DECLARATION OF JOSHUA A. TURNIDGE<br>IN SUPPORT OF MOTION IN OPPOSITION<br>TO DEFENDANT'S MOTION IN OPPOSITION<br>TO PRELIMINARY INJUNCTION |

## I.    DECLARATION OF PLAINTIFF

**DECLARATION OF JOSHUA A. TURNIDGE**

1. I, Joshua A. Turnidge, declares as follows:

    a) I am currently incarcerated at TRCI and have been subjected to continuous 24-hour cell lighting.

    b) I am subjected to the constant manipulation of my assigned cells bright lighting, up to 35 times per day.

    c) I have documented service-connected PTSD disability.

Page **1** of **2**

Joshua A. Turnidge v. ODOC et al,
Case No. 2:25-cv-01435-MO
Declaration of Joshua A. Turnidge in support of Memorandum of Law
In Support of Preliminary Injunction

     d) I have provided Defendants copies of the V.A. disability rating form with the finding of service-connected PTSD.

     e) Defendants cell lighting policy and practice triggers my PTSD symptoms, including panic, sleep deprivation, anxiety, and hypervigilance.

     f) I have filed grievances regarding the lighting with no remedy.

     g) Other Adults in the custody of the Oregon Department of Corrections are not subjected to the same lighting policies or practices or their punitive effects.

I, Joshua A. Turnidge, declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and understand that they are for use in a court of law.

Respectfully submitted,

January 23rd 2026

Joshua A. Turnidge
SID No. 13673172
82911 Beach access Rd.
Umatilla, OR 97882

Page **2** of **2**

Joshua A. Turnidge v. ODOC et al,
Case No. 2:25-cv-01435-MO
Declaration of Joshua A. Turnidge in support of Memorandum of Law
In Support of Preliminary Injunction

## CERTIFICATE OF SERVICE

I CERTIFY THAT ON January 23rd 2026, I served the documents as listed below upon the parties hereto by the method indicated below, for case No. 2:25-cv-01435-MO

1. Plaintiff's Motion in opposition to Defendant's response to Plaintiff's motion for Preliminary Injunction;

2. Declaration of Joshua A. Turnidge in Support of Plaintiff's Motion in opposition to Defendant's response to Plaintiff's motion for Preliminary Injunction;

Service upon the parties by E-Service.

Parties served;

Dylan Hallman #173679
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
Dylan.hallman@doj.oregon.gov
Of Attorneys for Defendants

Joshua A. Turnidge
Inmate at Law
Sid No.13673172
82911 Beach access Rd.
Umatilla, OR 97882