1  Joshua A. Turnidge
2  S.I.D. # 13673172
3  82911 Beach access Rd
4  Umatilla, OR 97882
5

6

7  **UNITED STATES DISTRICT COURT**
8  **IN THE DISTRICT OF OREGON**
9  **PENDELTON DIVISION**
10

11

12

13  JOSHUA A. TURNIDGE                    **Case No. 2:25-cv-01435-MO**

14      Plaintiff

15        v.

16  OREGON DEPARTMENT OF                  **DECLARATION OF JOSHUA A. TURNIDGE**
17  CORRECTIONS, et al.                   **IN SUPPORT OF MOTION FOR SUMMARY**
18      Defendants                        **JUDGMENT**

19

20

21

22                        **DECLARATION**

23

24  I, Joshua A. Turnidge, declare under penalty of perjury under the laws of the United States

25  that the following is true and correct:

26    1. I am the Plaintiff in this matter and currently incarcerated at Two Rivers Correctional

27        Institution (TRCI) 82911 Beach access Rd. Umatilla, OR 97882.  I am over the age of

28        eighteen, and have personal knowledge of the matters stated herein;

JOSHUA A. TURNIDGE v. ODOC et al,
DECLARATION OF JOSHUA A. TURNIDGE
CASE No. 2:25-cv-01435-MO (CELL LIGHTS)

1    2.  I have been incarcerated at Two Rivers Correctional Institution for approximately 5

2        years.

3    3.  I am and have been incarcerated at Two Rivers Correctional Institution at all times

4        relevant to this declaration.

5    4.  I am subjected to the constant manipulation of my assigned cells bright lighting up to 35

6        times per day.

7    5.  I have documented service-connected PTSD disability.

8    6.  I have provided Defendants copies of the United States Veterans Department disability

9        rating form with the finding of service-connected PTSD.

10   7.  The cell lighting policy and practice triggers my PTSD symptoms, including panic, sleep

11       deprivation, anxiety, and hypervigilance, and suicidal ideation.

12   8.  I have filed grievances regarding the in-cell lighting with no remedy.

13   9.  Other Adults in the custody of the Oregon Department of Corrections are not subjected to

14       the same lighting policies or practices or their punitive effects.

15   10. For the entirety of my incarceration at Two Rivers Correctional Institution I have been

16       subjected to 24-hour in-cell lighting.

17   11. I have suffered the following psychological traumas because of being subjected to Two

18       Rivers Correctional Institutions 24-hour cell light and bright light manipulation policy

19       and practice:

20       a)  Severe irritability

21       b)  Extreme depression

22       c)  Anti-social behavior

23       d)  Traumatic stress disorder

24       e)  Suicidal ideation

25       f)  Panic

26       g)  Anxiety

JOSHUA A. TURNIDGE v. ODOC et al,
DECLARATION OF JOSHUA A. TURNIDGE
CASE No. 2:25-cv-01435-MO (CELL LIGHTS)

1        h) Hypervigilance

2    12. I have suffered the following physical injuries because of being subjected to Two Rivers

3        Correctional Institutions 24-hour in-cell light policy and practice:

4        a) Insomnia

5        b) Headaches

6        c) Nausea

7        d) Blurry vision

8        e) Dizziness

9        f) Extreme lack of energy

10       g) Sleep deprivation

11   13. I have been made aware that other Oregon prisons do not subject their incarcerated

12      populations to 24-hour cell lighting, through either personal experience or the

13      statements of other inmates.

14   14. I feel as though I am being subjected to cruel and unusual punishment being subjected

15      to Two Rivers Correctional Institutes 24-hour in-cell lighting equipment and usage policy

16      and practice, as I am a level 3 Adult in custody and am housed in an "incentive" housing

17      unit.

18   15. I have discussed this issue with Two Rivers Correctional Institute staff members, only to

19      be met with the universal response of "it's policy".

20   16. Every day that I suffer under Two Rivers Correctional Institutes 24-hour in-cell light

21      equipment and usage policy is having a cumulative worsening effect on all of the injuries

22      and traumas described above.

23   17. I am aware that Two Rivers Management and staff who insist on upholding their

24      arbitrary 24-hour in-cell light equipment and usage policy and practice are violating my

25      Eighth and Fourteenth Amendment Constitutional rights.

26   18. Because Defendants' actions violate the Eighth Amendment, Fourteenth Amendment,

27      the Americans with Disabilities Act/ Rehabilitation Act, and the material facts are

28      undisputed, I respectfully request that this Court:

JOSHUA A. TURNIDGE v. ODOC et al,
DECLARATION OF JOSHUA A. TURNIDGE
CASE No. 2:25-cv-01435-MO (CELL LIGHTS)

1          a)  Grant my Motion for Summary Judgment.

2          b)  Find that Defendants acted with deliberate indifference.

3          c)  Order appropriate relief for the constitutional violations I have suffered.

4

5

6     I, Joshua A. Turnidge, declare the above made statements to be true to the best of my

7     knowledge and ability under penalty of perjury under the laws of the United States, and

8     understand that they are for use in a court of law.

9

10     DATED this day of February 24th 2026

11     _____

12     Joshua A. Turnidge
13     Sid No. 13673172
14     82911 Beach access Rd.
15     Umatilla, OR 97882

JOSHUA A. TURNIDGE v. ODOC et al,
DECLARATION OF JOSHUA A. TURNIDGE
CASE No. 2:25-cv-01435-MO (CELL LIGHTS)